# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

POM OF PENNSYLVANIA, LLC

    v.

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF REVENUE, AND CITY
OF PHILADELPHIA

APPEAL OF:  GREENWOOD GAMING AND
ENTERTAINMENT, INC., D/B/A PARX
CASINO, DOWNS RACING, L.P., D/B/A
MOHEGAN SUN POCONO,
MOUNTAINVIEW THOROUGHBRED
RACING ASSOCIATION, LLC, D/B/A
HOLLYWOOD CASINO AT PENN
NATIONAL RACE COURSE,
WASHINGTON TROTTING ASSOCIATION,
LLC, D/B/A HOLLYWOOD CASINO  AT
THE MEADOWS, CHESTER DOWNS AND
MARINA, LLC, D/B/A HARRAH'S
PHILADELPHIA CASINO & RACETRACK,
AND WIND CREEK BETHLEHEM, LLC,
D/B/A WIND CREEK BETHLEHEM

:  No. 12 EAP 2023
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**             **DECIDED:  July 21, 2023**

  **AND NOW,** this 21st day of July, 2023, the Notice of Appeal is QUASHED.  *See* 42 Pa.C.S. § 723(a) (limiting this Court's jurisdiction to "appeals from final orders of the Commonwealth Court entered in any matter which was originally commenced in the Commonwealth Court"); Pa.R.A.P. 341(b)(1) (defining a final order as one that "disposes of all claims and of all parties"); Pa.R.Civ.P. 232(a) ("A discontinuance or nonsuit shall not affect the right of the defendant to proceed with a counterclaim theretofore filed.").  *Cf. Melvin v. Doe*, 836 A.2d 42, 44 n.4 (Pa. 2003) ("[A]n order denying a motion for summary judgment does not terminate the litigation, and thus is not an appealable order.").